IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


UNITED STATES OF AMERICA,

              Plaintiff,

   v.                      Crim. Action No.: 2:21-CR-04-2
                                          (Judge Kleeh)

PETER SANFORD LAYNE,

              Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 81],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On April 28, 2021, the Defendant, Peter Sanford Layne ("Layne"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count Two of the Indictment, charging him with Distribution of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Layne stated that he understood that the magistrate judge is not a United States District Judge, and Layne consented to pleading before the magistrate judge. This Court referred Layne's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

USA v. LAYNE                                                      2:21-CR-04

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 81], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

Based upon Layne's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Layne was competent to enter a plea, that the plea was freely and voluntarily given, that Layne was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea.  The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 81] finding a factual basis for the plea and recommending that this Court accept Layne's plea of guilty to Count Two of the Indictment.

The magistrate judge **released** Defendant on the terms of the Order Setting Conditions of Release. [Dkt. No. 42].

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R.  He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R.  Neither Layne nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 81], provisionally **ACCEPTS** Layne's guilty plea, and

USA v. LAYNE                                                    2:21-CR-04

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 81],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

**ADJUDGES** him **GUILTY** of the crime charged in Count Two of the
Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c),
the Court **DEFERS** acceptance of the proposed plea agreement until
it has received and reviewed the presentence investigation report
prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the
following:

1.    The Probation Officer shall undertake a presentence
investigation of Layne, and prepare a presentence investigation
report for the Court;

2.    The Government and Layne shall each provide their
narrative descriptions of the offense to the Probation Officer by
**May 31, 2021**;

3.    The presentence investigation report shall be disclosed
to Layne, his counsel, and the Government on or before **August 2,
2021**; however, the Probation Officer shall not disclose any
sentencing recommendations made pursuant to Fed. R. Crim. P.
32(e)(3);

4.    Counsel may file written objections to the presentence
investigation report on or before **August 16, 2021**;

3

USA v. LAYNE                                                   2:21-CR-04

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 81], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

5.    The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **August 30, 2021;** and

6.    Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **September 21, 2021.**

The Court further **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Layne on **October 28, 2021,** at **2:00 p.m.,** at the **Elkins, West Virginia** point of holding court.  If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

**USA v. LAYNE**                                                          **2:21-CR-04**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 81],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The Clerk is directed to transmit copies of this Order to

counsel of record and all appropriate agencies.

DATED: May 17, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE
